**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7051**

---

ROBERT LEON BUCKNER,

Plaintiff - Appellant,

versus

GOVERNOR OF THE STATE OF MARYLAND; BALTIMORE
COUNTY POLICE DEPARTMENT; BALTIMORE CITY
POLICE DEPARTMENT; ANNE ARUNDEL COUNTY POLICE
DEPARTMENT; BALTIMORE COUNTY SHERIFF'S DEPART-
MENT; ARCHIE GEE, Warden, Patuxent Institu-
tion; KEITH GREENE, Officer, DOC Office,
Patuxent; JAMES M. DEAN, Warden, Baltimore
County Detention Center; COMMISSIONER OF
CORRECTION OF MARYLAND; STATE ADMINISTRATION
BOARD OF ELECTION LAWS; UNKNOWN MEDICAL CON-
TRACTOR AND CORRECTIONAL OFFICERS; BRYANT K.
HOWARD, P.A.; DOCTOR ASHBY, M.D.; UNKNOWN
NURSES; MS. JOHNSON,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
95-159-S)

---

Submitted: March 21, 1996          Decided: April 2, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert Leon Buckner, Appellant Pro Se. Stanley J. Schapiro, Linda T. Cox, COUNTY ATTORNEY'S OFFICE, Towson, Maryland; John Joseph Curran, Jr., Attorney General, Richard M. Kastendieck, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Buckner v. Governor of Maryland</u>, No. CA-95-159-S (D. Md. June 19, 1995). We deny Appellant's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>